# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOHAMMAD KHALIL, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 1:15-cv-04346 |
| v. ) | |
| ) | Honorable Jorge L. Alonso |
| DEBT RECOVERY SOLUTIONS, LLC. ) | |
| ) | Magistrate Mary M. Rowland |
| DEFENDANT. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, with each side to bear its own fees and costs.

However, if Plaintiff does not move to reinstate or refile this case within 90 days of the filing of this notice, Plaintiff respectfully requests that this Honorable Court then dismiss the case with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: July 9, 2015**               Respectfully submitted,

                                      By:   /s/ *Bryan Paul Thompson*
                                            One of Plaintiff's Attorneys

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)265-3227

## **CERTIFICATE OF SERVICE**

I, Bryan Paul Thompson, an attorney, hereby certify that on July 9, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: July 9, 2015**                                                                                    Respectfully submitted,

                                                                                    By:     /s/ *Bryan Paul Thompson*